UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN A. VALENTINE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:22-cv-00123-SEP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER OF TRANSFER

Before the Court is Jonathan A. Valentine's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. Doc. [1]. Petitioner challenges a federal criminal conviction and sentence arising out of the United States District Court for the District of Nebraska. *See United States v. Valentine*, No. 8:18-cr-00102-BCB-MDN (D. Neb. Apr. 18, 2018). A § 2255 motion must be filed with the federal court that imposed the sentence. *See* 28 U.S.C. § 2255(a). Therefore, the United States District Court for the District of Nebraska is the proper court to consider Petitioner's Motion. Pursuant to 28 U.S.C. § 1631, a court shall, if it is in the interest of justice, transfer an action to any other court in which the action could have been brought at the time it was filed. Thus, on initial review pursuant to 28 U.S.C. § 1915A, the Court will transfer this action to the United States District Court for the District of Nebraska.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall **TRANSFER** the instant Motion to Vacate, Set Aside, or Correct the Sentence to the United States District Court for the District of Nebraska pursuant to 28 U.S.C. § 1631.

Dated this 2nd day of February, 2022.

*Sarah E. Pitlyk*
_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE